IN THE UNITED STATES DISTRICT COURT
FOR THE WESTEREN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. SA-04-CA-782FB |
| ANGEL LATORRE | ) | Criminal Case No. SA-01CR644 FB |
| Defendant. | ) | |

## NOTICE OF APPEAL

COMES NOW, the Defendant Angel Latorre, Pro Se and files this Notice of Appeal to the Courts decision of January 19, 2005, Defendant appeal that decision to the U.S. Court of Appeals for the 5th Circuit

Respectfully Submitted          This 24TH day of January 2005

Angel Latorre #28037-180
FMC Rochester
PMB 4000
Rochester, MN 55903